**EXHIBIT 1**



April 16, 2020

Andrew Stiles

95 Gordon Street

Charleston, SC 29403

Dear Andrew:

It is with great pleasure that we offer you the position of Vice President of Government Initiatives with Phlow Corp. As a key member of our support team, you will report to Eric Edwards, CEO.

Our employment offer provides a monthly salary of $20,833 and if annualized, would be $250,000. Your offer start date would be May 1, 2020. This offer is contingent upon your execution of Phlow's confidentiality and non-disclosure agreement.

You shall be granted up to 30 days of paid time off (PTO) per calendar year, or in an amount as otherwise determined by management. The first year will be prorated based on your date of hire. PTO days will accrue on a monthly basis and in accordance with our Phlow policy. The intention is for PTO to be used for vacation, illness, personal time off and any other time off away from work. As you know, much of our internal human resource foundation is in the planning stages and Phlow practices could be subject to change. We do not anticipate that our initial employment offers to potential employees will be negatively impacted by any subsequent company policies.

You will also be eligible for our group benefits such as medical insurance, dental, vision insurance and other health and welfare benefits once they are established. Additional benefits such as life insurance and disability are anticipated however, at this time have not been implemented. We will also provide a retirement vehicle for employees to enjoy and at this time we anticipate an employer match. We do expect these benefits to be available in the coming months and will be subject to the terms and conditions of each plan document.

In general, your total compensation package will also include participation in the Phlow Employee Stock Option program subject to the terms and conditions of the plan once that is in place. This Vice President position will be eligible to participate in all level offerings once they are active and implemented. Our goal is to provide a HR and compensation program that is rewarding and rich in benefits for our employees and their families.

You will be provided an initial employment package by our Human Resources team. This orientation will include completing employment forms, reviewing fringe benefits, introduction to management and touring the Medicines for All and the Petersburg premises as possible.

Your employment with Phlow is at-will. As a result, you are free to resign at any time, for any reason or for no reason. Similarly, Phlow is free to terminate its employment relationship with you at any time, with or without cause, and with or without notice. We request that, in the event of your resignation, you give the Company at least four weeks' notice. This letter sets forth the terms of your employment with Phlow and supersedes any prior representations or agreements.

Please indicate your acceptance of our offer by signing below and returning one copy of the letter, with your original signature, to me no later than Monday, April 20, 2020. If you have any questions about this offer, please don't hesitate to contact me.

We look forward to working together and having you as part of our team. We believe you will find this exciting new opportunity both challenging and rewarding.

Sincerely,

*[signature]*

Eric Edwards
President & CEO
Phlow Corporation

*Agreed to and Accepted by:*

Signature: *[signature]*     Date: 4/20/20

Printed Name: Andrew Stiles